UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO C. GARIBAY, | Case No. CV 17-9224 DOC(JC) |
| Petitioner, | (PROPOSED) |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA BARBARA, et al., | |
| Respondents. | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 4, 2018 _____

\_\_\_\_/s/ David O. Carter_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE